**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **STERILELINK, INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No.: 3:11-cv-27-GCM** |
| **vs.** | ) | |
| | ) | |
| **SEKO WORLDWIDE, LLC,** | ) | |
| **CAPITAL TRANSPORTATION** | ) | |
| **SOLUTIONS, LLC, and** | ) | |
| **AVERITT EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED ORDER OF COMPROMISE AND SETTLEMENT**

It appearing to the Court, as evidenced by the signatures of counsel by the respective parties below, that the above-referenced litigation has been settled and compromised and that there is no further litigation between the parties,

IT IS THEREFORE ORDERED, that the Complaint of the Plaintiff, Sterilelink, Inc., against all Defendants is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, that the cross-claims of Defendant, Seko Worldwide, LLC, against Defendants, Averitt Express, Inc. and Capital Transportation Systems, LLC, and of Defendant, Capital Transportation Systems, LLC, against Defendants, Averitt Express, Inc. and Seko Worldwide, LLC, are also hereby dismissed with prejudice. The parties shall bear their own costs.

IT IS SO ORDERED.

Signed: April 25, 2011

Graham C. Mullen
United States District Judge

AGREED TO AND APPROVED BY:

/s/ Ned A. Stiles

Ned A. Stiles

Stiles, Byrum, & Horne LLP

The Arlington, Suite 650

325 Arlington Ave.

Charlotte, NC 28203

nstiles@sbhlaw.net

OF COUNSEL:

Stephanie Espinoza

MARWEDEL MINICHELLO & REEB, P.C.

10 S. Riverside, Suite 720

Chicago, IL  60606

sespinosa@mmr-law.com

*Attorneys for SEKO Worldwide, LLC*

/s/  Michael A. Cannon

Michael A. Cannon

YORK, WILLIAMS & LEWIS, LLP

Post Office Box 36858

Charlotte, NC  28236

mcannon@yorkwilliamslaw.com

*Attorneys for Capital Transportation Solutions, Inc.*


/s/  B. Alexander Correll, Jr.

B. Alexander Correll, Jr.

NC State Bar No.: 38112

CAUDLE & SPEARS, P.A.

121 West Trade Street, Suite 2600

Charlotte, NC  28202

acorrell@caudlespears.com

*Attorneys for Plaintiff, Sterilelink, Inc*


s/ C. Fredric Marcinak

C. Fredric Marcinak, III

Fredric.marcinak@smithmoorelaw.com

Smith Moore Leatherwood

The Leatherwood Plaza

200 East McBee Avenue, Suite 500

Greenville, SC 29601

**T:** (864) 242-6440

**F:** (864) 240-2475


OF COUNSEL:

Kenneth M. Bryant, BPR #12582
kbryant@millermartin.com
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN  37219
Telephone:  (615) 244-9270
Facsimile:  (615) 256-8197
*Attorneys for Averitt Express, Inc.*